United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 19-03333-RNO
Lourdes E. Rosario                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Oct 30, 2019
                              Form ID: ntcnfhrg          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db              Lourdes E. Rosario,    717 & 719 Peace St,    Hazleton, PA  18201-3003
5245598        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5230940         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA  18701-2515
5230941        +M&T Bank,    P. O. Box 1508,    Buffalo, NJ 14240-1508
5230939         Rosario Lourdes E,    717 & 719 Peace St,    Hazleton, PA  18201-3003
5230942         Sears Credit Cards,    P. O. Box 183082,    Columbus, OH  43218-3082
5256182         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:40:41
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5251097         E-mail/Text: camanagement@mtb.com Oct 30 2019 19:36:43     M&T BANK,    PO BOX 840,
                Buffalo, NY 14240
5254904        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:51:27
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5231663        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2019 19:36:57
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
5231231        +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:38:42     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5230943         E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:29     Synchrony Bank/Ashley Furniture,
                PO Box 960061,    Orlando, FL  32896-0061
5232943         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2019 19:40:50     T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                          TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris   on behalf of Debtor 1 Lourdes E. Rosario  dh@lawofficeofdavidharris.com,
              davidharrisesqign@gmail.com
              James  Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lourdes E. Rosario,                          Chapter        13

**Debtor 1**

Case No.        5:19–bk–03333–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: December 20, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)