DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail:    dh@lawofficeofdavidharris.com

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :
LOURDES E. ROSARIO                    :    Chapter 13
                                      :    Case No.: 5:19-bk-03333-RNO
          Debtor                      :

---

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 22nd day of January, 2020, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated:  January 22, 2020              By:    /s/ David J. Harris
        Wilkes-Barre, Pennsylvania           DAVID J. HARRIS, ESQUIRE

Rev. 02/22/19

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

LOURDES E. ROSARIO

Chapter: 13

Case No.: 5:19-bk-0333 (0333 handwritten over 02155)

Debtor(s)

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 4/1/2020        Time: 9:30 AM

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: 3/25/2020.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO"):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 01/22/2020        Filed by: David J. Harris, Esquire

69 Public Square, Wilkes-Barre, PA 18701

(570) 823-9400

```
Label Matrix for local noticing          Bank of America, N.A.                        (p)M&T BANK
0314-5                                   P O Box 982284                               LEGAL DOCUMENT PROCESSING
Case 5:19-bk-03333-RNO                   El Paso, TX  79998-2284                      626 COMMERCE DRIVE
Middle District of Pennsylvania                                                       AMHERST NY 14228-2307
Wilkes-Barre
Tue Jan 21 13:32:49 EST 2020
```




```
M&T Bank                                 PRA Receivables Management, LLC              Pennsylvania Department of Revenue
P. O. Box 1508                           PO Box 41021                                 Bankruptcy Division PO BOX 280946
Buffalo, NJ 14240-1508                   Norfolk, VA 23541-1021                       Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067
```




```
Sears Credit Cards                       Synchrony Bank                               Synchrony Bank/Ashley Furniture
P. O. Box 183082                         c/o PRA Receivables Management, LLC          PO Box 960061
Columbus, OH  43218-3082                 PO Box 41021                                 Orlando, FL  32896-0061
                                         Norfolk, VA 23541-1021


T Mobile/T-Mobile USA Inc                Toyota Motor Credit Corporation
by American InfoSource as agent          c/o Becket and Lee LLP
PO Box 248848                            PO Box 3001
Oklahoma City, OK  73124-8848            Malvern  PA 19355-0701
```



```
James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
M&T BANK                                 Portfolio Recovery Associates, LLC
PO BOX 840                               POB 12914
Buffalo, NY 14240                        Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 18 |
| Bypassed recipients | 1 |
| Total | 19 |