UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
LOURDES E. ROSARIO : Chapter 13
: Case No.: 5:19-bk-03333-RNO
Debtor :

**ORDER APPROVING THIRD AMENDED PLAN**

Upon consideration of the Debtor's Motion to Modify Chapter 13 Plan filed with the Court on July 26, 2021, accompanied by a Second Amended Plan and upon Notice having been provided to all creditors and parties-in-interest without objection thereto within the timeframe prescribed in the Notice, it is hereby

ORDERED and DECREED, that the Debtor's Motion to Modify Chapter 13 Plan filed with the Court on July 26, 2021 and the Second Amended Plan are approved.