DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail:  dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
LOURDES E. ROSARIO                  :   Chapter 13
                                    :   Case No.: 5:19-bk-03333-RNO
         Debtor                     :

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 16th day of March, 2022, I served a true and correct copy of the Motion to Modify Confirmed Chapter 13 plan, a Fourth Amended Chapter 13 Plan and proposed Order that was filed with the Court on March 16, 2022 together with the attached Notice upon the persons and entities on the attached mailing matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

                                            RESPECTFULLY SUBMITTED:

Dated: March 16, 2022              By:     /s/ David J. Harris
       Wilkes-Barre, Pennsylvania          DAVID J. HARRIS, ESQUIRE

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
LOURDES E. ROSARIO                  :    Chapter 13
                                    :    Case No.: 5:19-bk-03333-RNO
        Debtor              :

---

## NOTICE TO CREDITORS AND OTHER PARTIES-IN-INTEREST

---

**NOTICE IS HEREBY GIVEN THAT** the Debtor, LOURDES E. ROSARIO, filed on March 16, 2022, in the United States Bankruptcy Court, a **MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN ("Motion") and a Fourth Amended Chapter 13 Plan ("Plan")**. The Motion and Plan are each attached to this Notice.

Objections to the Motion and Plan must be filed with the Clerk, United States Bankruptcy Court, Max Rosenn Federal Court, 197 South Main Street, Wilkes-Barre, PA 18701 on or before **April 7, 2022**.

If you file and serve an objection/response to the Motion and Plan within the time permitted, the Court may schedule a hearing and you will be notified of the hearing date. If you do not file an objection/response within the time permitted, the Court will deem the Motion unopposed and may enter an Order confirming the Debtor's Fourth Amended Chapter 13 Plan.

Dated: Wilkes-Barre, Pennsylvania      /s/ David J. Harris, Esquire
       March 16, 2022                         DAVID J. HARRIS, ESQUIRE
                                                        Pennsylvania Supreme Court No.: 48558
                                                        Suite 700 - 69 Public Square
                                                        Wilkes-Barre, PA 18701
                                                        (570) 823-9400
                                                        dh@lawofficeofdavidharris.com

Label Matrix for local noticing
0314-5
Case 5:19-bk-03333-MJC
Middle District of Pennsylvania
Wilkes-Barre
Wed Mar  9 09:01:12 EST 2022

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284





(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
P. O. Box 1508
Buffalo, NJ 14240-1508

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067





Sears Credit Cards
P. O. Box 183082
Columbus, OH 43218-3082

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Ashley Furniture
PO Box 960061
Orlando, FL 32896-0061

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701



James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).







The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank　　　　　　　　　　　　　　██████████████████████　　　　　End of Label Matrix
　　　　　　　　　　　　　　　　　　　██████████████████　　　　　　　Mailable recipients　19
　　　　　　　　　　　　　　　　　　　████████████████　　　　　　　　Bypassed recipients　　2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total　　　　　　　　21