UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


IN RE: LOURDES E. ROSARIO : CHAPTER 13
   Debtor : 
    :
   JACK N. ZAHAROPOULOS :
   STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
   vs. :
    :
   LOURDES E. ROSARIO :
   Respondent : CASE NO. 5-19-bk-03333


<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

   AND NOW, this 18th day of March, 2022, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

   1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

     a. The plan is inconsistent with Proofs of Claims filed and/or
       approved by the Court. More specifically, the amounts in
       the plan for mortgage arrears are not the same as the amounts
       indicated on the Lender's Amended Claims.

   WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

       Respectfully submitted:

       Jack N. Zaharopoulos
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097


    BY:  /s/Agatha R. McHale
       Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   18th   day of March, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

David Harris, Esquire
69 Public Square, Suite 700
Wilkes Barre, PA   18701

                                    <u>/s/Deborah A. Behney</u>
                                      Office of Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee