In re:  Case No. 19-03333-MJC

Lourdes E. Rosario  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: May 05, 2023      Form ID: pdf010      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lourdes E. Rosario, 717 & 719 Peace St, Hazleton, PA 18201-3003 |
| 5230940 | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5230939 | Rosario Lourdes E, 717 & 719 Peace St, Hazleton, PA 18201-3003 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 05 2023 18:41:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5245598 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 05 2023 18:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5251097 | | Email/Text: camanagement@mtb.com | May 05 2023 18:35:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 5230941 | + | Email/Text: camanagement@mtb.com | May 05 2023 18:35:00 | M&T Bank, P. O. Box 1508, Buffalo, NJ 14240-1508 |
| 5254904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2023 18:41:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5231663 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2023 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5230942 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2023 18:41:45 | Sears Credit Cards, P. O. Box 183082, Columbus, OH 43218-3082 |
| 5231231 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2023 18:41:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5230943 | | Email/PDF: gecsedi@recoverycorp.com | May 05 2023 18:41:50 | Synchrony Bank/Ashley Furniture, PO Box 960061, Orlando, FL 32896-0061 |
| 5232943 | | Email/PDF: ebn_ais@aisinfo.com | May 05 2023 18:41:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5256182 | | Email/PDF: bncnotices@becket-lee.com | May 05 2023 18:41:50 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| David J. Harris | on behalf of Debtor 1 Lourdes E. Rosario dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOURDES E. ROSARIO : Chapter 13
: Case No.: 5:19-bk-03333-MJC
Debtor

## ORDER

Upon consideration: (a) of the attached Motion to Voluntarily Dismiss Bankruptcy Case filed by the Debtor, Dkt. # 65 ("Motion"); and (b) that the Debtor's case was not previously converted from another chapter,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Debtor's Chapter 13 bankruptcy case is **DISMISSED** pursuant to Section 1307(b) of the Bankruptcy Code.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 5, 2023